IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| LAWRENCE J. LANE and MACARIO ESCAMILLA, III ON BEHALF OF THEMSELVES AND ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br><br>vs.<br><br>GOLD'S GYM INTERNATIONAL, INC., GOLD'S TEXAS HOLDINGS GROUP, INC., GOLD'S HOLDING CORP., GGI HOLDINGS, LLC, GBG, INC., GOLD'S ALABAMA LLC, GOLD'S GYM ROCKIES, LLC, GOLD'S OKLAHOMA, LLC, GOLD'S ST. LOUIS, LLC<br><br>Defendant. | CIVIL ACTION NO. 5-12-cv-00930-DAE<br><br>JURY DEMANDED |

## AGREED FINAL JUDGMENT

Before the Court is Gold's Gym, International, Inc., Gold's Texas Holdings Group, Inc., GBG Inc., Gold's Alabama, LLC, Gold's Gym Rockies, LLC, Gold's Holding Corp., Gold's Oklahoma, LLC, Gold's St. Louis, LLC, and GGI Holdings, LLC ("Defendants") and Plaintiffs (collectively the "Parties") Joint Motion to Enter Final Judgment (the "Motion").

Defendant Gold's Gym International, Inc. made offers of judgment to each of the Plaintiffs in this case. All Plaintiffs in this matter have accepted the offers of judgment.

JUDGMENT IS HEREBY ENTERED against Defendants jointly for damages and attorneys' fees as set forth in Exhibit A. The Court orders Defendants to jointly make payments outlined in Exhibit A within 30 days of entry of this order.

The Court further ORDERS Defendants to jointly pay attorneys' fees directly to Plaintiffs' Counsel.

**ORDER**

This Judgment is a FINAL judgment as to all Plaintiffs' claims asserted against all Defendants in this action.

June 4, 2014

_____
UNITED STATES DISTRICT JUDGE